# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN MATTHIAS WATSON, III,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 70135

**FILED**

JUN 16 2016



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se petition for a writ of habeas corpus. Petitioner seeks extradition to Texas. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. Accordingly, we

ORDER the petition DENIED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: John Matthias Watson, III
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

16-18974